# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DOUGLAS MACIAS** and **LUCY MACIAS,**
Appellants,

v.

**U.S. BANK NATIONAL ASSOCIATION**
as trustee for CSFB HEAT 2006-7,
Appellee.

No. 4D18-1858

[February 14, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case No. CACE 08-60534.

Claudio R. Cedrez Pellegrino of The Law Offices of Claudio R. Cedrez Pellegrino, Bay Harbor Islands, for appellants.

Richard S. McIver and H. Michael Muñiz of Kass Shuler, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and FORST, JJ., concur.

*	*	*

***Not final until disposition of timely filed motion for rehearing.***